LEWIS & LLEWELLYN LLP
Paul T. Llewellyn (Bar No. 216887)
pllewellyn@lewisllewellyn.com
Evangeline A.Z. Burbidge (Bar No. 266966)
eburbidge@lewisllewellyn.com
601 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 800-0590
Facsimile:  (415) 390-2127

Attorneys for FF Trade Republic Growth, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE CHENG and TERELL STERLING, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLY FINANCIAL INC.;<br>ALPACA SECURITIES LLC;<br>CASH APP INVESTING LLC;<br>SQUARE INC.;<br>DOUGH LLC;<br>MORGAN STANLEY SMITH BARNEY LLC;<br>E*TRADE SECURITIES LLC;<br>E*TRADE FINANCIAL CORPORATION;<br>E*TRADE FINANCIAL HOLDINGS, LLC;<br>ETORO USA SECURITIES, INC.;<br>FREETRADE, LTD.;<br>INTERACTIVE BROKERS LLC;<br>M1 FINANCE, LLC;<br>OPEN TO THE PUBLIC INVESTING, INC.;<br>ROBINHOOD FINANCIAL, LLC;<br>ROBINHOOD MARKETS, INC.;<br>ROBINHOOD SECURITIES, LLC; IG GROUP HOLDINGS PLC;<br>TASTYWORKS, INC.; | Case No. 3:21-CV-00781-SK<br><br>**DEFENDANT FF TRADE REPUBLIC GROWTH, LLC'S CORPORATE DISCLOSURE STATEMENT** |

| | |
|---|---|
| 1 | TD AMERITRADE, INC.; |
| 2 | THE CHARLES SCHWAB CORPORATION; CHARLES SCHWAB & CO. INC.; |
| 3 | FF TRADE REPUBLIC GROWTH, LLC; TRADING 212 LTD.; |
| 4 | TRADING 212 UK LTD.; |
| 5 | WEBULL FINANCIAL LLC; FUMI HOLDINGS, INC.; |
| 6 | STASH FINANCIAL, INC.; BARCLAYS BANK PLC; |
| 7 | CITADEL ENTERPRISE AMERICAS, LLC; CITADEL SECURITIES LLC; |
| 8 | MELVIN CAPITAL MANAGEMENT LP; SEQUOIA CAPITAL OPERATIONS LLC; |
| 9 | APEX CLEARING CORPORATION; THE DEPOSITORY TRUST & CLEARING CORPORATION, |
| 10 | |
| 11 | Defendants. |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant FF Trade Republic Growth, LLC ("Defendant") hereby provides the following corporate disclosure statement: FF Trade Republic Growth, LLC is owned by The Founders Fund Growth, LP and The Founders Fund Growth Principals Fund, LP.

Dated: March 5, 2021                                    LEWIS & LLEWELLYN LLP

                                                By: /S/PAUL T. LLEWELLYN
                                                    Paul T. Llewellyn
                                                    Attorneys for Defendant
                                                    FF TRADE REPUBLIC GROWTH, LLC